IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CENTRAL ALARM SIGNAL, INC., a Michigan corporation, individually and as the representative of a class of similarly-situated persons, | )<br>)<br>)<br>) |
| | ) Civil Action No: 2:15-CV-10681 |
| Plaintiff, | )<br>) Hon. George Caram Steeh |
| v. | )<br>) Magistrate Anthony P. Patti |
| NEW YORK ASSOCIATES INC., STEVEN WATSTEIN and JOHN DOES 1-10, | )<br>)<br>)<br>) |
| Defendants. | ) |

**PLAINTIFF'S *CORRECTED* NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff, CENTRAL ALARM SIGNAL, INC., through its undersigned attorneys, hereby voluntarily dismisses this action without prejudice.

Respectfully submitted,

CENTRAL ALARM SIGNAL, INC., individually and as the representative of a class of similarly-situated persons,

By: s/Brian J. Wanca
Brian J. Wanca

**ANDERSON + WANCA**
Brian J. Wanca
Ryan M. Kelly
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone: 847-368-1500
Fax: 847-368-1501

2

## CERTIFICATE OF SERVICE

      I hereby certify that on July 29, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                        s/ Brian J. Wanca